**Order entered November 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01468-CR

### CLARENCE RAY HINES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F13-71067-Y**

## ORDER

The Court **REINSTATES** the appeal.

On August 10, 2015, we ordered the trial court to make findings regarding whether the record could be supplemented with the jury charges and the jury's verdicts on both guilt/innocence and punishment. We have not received findings from the trial court. However, on August 13, 2015, we received a supplemental clerk's record with the jury charge and verdict from the punishment phase and on November 4, 2015, we received a second supplemental clerk's record with the jury charges and verdicts from both the guilt and punishment phases. Accordingly, the appeal may now proceed.

Appellant's brief is due within thirty days of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Elizabeth Frizell, Presiding Judge, Criminal District Court No. 7, and to counsel for all parties.

/s/      ADA BROWN
          JUSTICE